FILED
CLERK U.S. DISTRICT COURT
APR 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE SORBO GIOVANNI,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>    Defendants. | Case No. CV 06-5422 DDP(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice based upon plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on plaintiff and on counsel for defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4-24-08   _____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE