JS6

FILED
CLERK U.S. DISTRICT COURT

APR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DE SORBO GIOVANNI, | ) | Case No. CV 06-5422 DDP(JC) |
| Plaintiff, | ) | ~~(PROPOSED)~~ |
| v. | ) | JUDGMENT |
| LOS ANGELES COUNTY, et al., | ) | |
| Defendants. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 4-24-08

_____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE